JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VREZH SARIBEKYAN, an individual, | Case No.: 2:23-cv-04189-WLH-MARx |
| Plaintiff, | **ORDER ON STIPULATION TO REMAND CASE TO STATE COURT [15]** |
| v. | |
| MERCEDES-BENZ USA, LLC; SONIC CALABASAS M, INC.; and DOES 1-10, inclusive, | Judge: Hon. Wesley L. Hsu |
| Defendants. | |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATE: 7/14/2023

_____

HON. WESLEY L. HSU
United States District Judge